IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID JOHN HAINES, JR.**  **PLAINTIFF**
**#255595**

v.  Case No. 4:25-cv-00152-KGB

**ERIC S. HIGGINS, Sheriff,**
**Pulaski County,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 17). Plaintiff David John Haines, Jr. has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court denies as moot Judge Volpe's Partial Recommended Disposition (Dkt. No. 5). The Court dismisses without prejudice Mr. Haines's complaint due to his failure to prosecute (Dkt. No. 2). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this the 14th day of July, 2025.

Kristine G. Baker
Chief United States District Judge